# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| KEVIN AND BONNIE POTTS, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 1:17-cv-63 SNLJ |
| | ) |
| DARYL COOPER d/b/a SPEED AUTOMOTIVE, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiffs' motion to compel and motion for expedited ruling (#40).

Plaintiffs bring this action against defendant for personal injuries he sustained when he fell through the roof of defendant's business. Plaintiffs state that plaintiffs' counsel and defense counsel conferred regarding plaintiffs' discovery requests and that defense counsel agreed to plaintiffs' proposals regarding a privilege log, time span limitations, and supplementation of defendant's discovery responses. Six days later, defendant produced supplemental Rule 26 disclosures, including additional documents, but defendant did not supplement his discovery responses. Plaintiffs filed the instant motion seeking an order compelling defendant to supplement his responses and produce any other documents responsive to plaintiffs' interrogatories and requests for production.

Notably, defendant did not respond to the motion to compel. The time for doing so has passed. Defendant will be ordered to respond to the requests and interrogatories as

sought in plaintiffs' motion, and plaintiffs' requests for attorneys' fees and costs incurred in filing the motion to compel shall be granted.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' motion to compel and motion for expedited ruling (#40) is **GRANTED.**

**IT IS FINALLY ORDERED** that plaintiffs shall file documentation setting forth their reasonable expenses and attorneys' fees incurred in filing the motion within 14 days.

Dated this  7th  day of June, 2018.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE