UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| KEVIN AND BONNIE POTTS, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 1:17-cv-63 SNLJ |
| | ) |
| DARYL COOPER d/b/a SPEED AUTOMOTIVE, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This Court granted plaintiffs' motion to compel (#40) on June 7, 2018 and ordered plaintiffs to file documentation setting forth their reasonable attorneys' fees and expenses incurred in filing the motion (#45). Plaintiffs have done so. In their attorney's declaration, their attorney states that he spent 5.3 hours preparing and filing the motion to compel. He provided a detailed allocation of his time. His hourly rate is $225 per hour, and he requests $1,192.50 in attorneys' fees based on the time spent on the motion and his hourly rate.

Defendant did not oppose or respond to plaintiffs' counsel's declaration in any way.

Accordingly,

**IT IS HEREBY ORDERED** that defendant shall pay $1,192.50 in attorneys' fees to plaintiffs' counsel within 14 days.

Dated this   16th   day of July, 2018.

                                                   STEPHEN N. LIMBAUGH, JR.
                                                 UNITED STATES DISTRICT JUDGE